727 S.E.2d 433

## Re ADMINISTRATIVE SUSPENSIONS FOR FAILURE TO COMPLY WITH CONTINUING LEGAL EDUCATION REQUIREMENTS.

Court of Appeals of South Carolina.

June 8, 2012.

## ORDER

The South Carolina Commission on Continuing Legal Education and Specialization has furnished the attached list of lawyers who were administratively suspended from the practice of law on April 1, 2012, under Rule 419(b)(2), SCACR, and remain suspended as of June 1, 2012. Pursuant to Rule 419(e)(2), SCACR, these lawyers are hereby suspended from the practice of law by this Court. They shall surrender their certificates to practice law in this State to the Clerk of this Court by July 1, 2012.

Any petition for reinstatement must be made in the manner specified by Rule 419(f), SCACR. If a lawyer suspended by this order does not seek reinstatement within three (3) years of the date this order, the lawyer's membership in the South Carolina Bar shall be terminated and the lawyer's name will

be removed from the roll of attorneys in this State. Rule 419(g), SCACR.

These lawyers are warned that any continuation of the practice of law in this State after being suspended by the provisions of Rule 419, SCACR, or this order is the unauthorized practice of law, and will subject them to disciplinary action under Rule 413, SCACR, and could result in a finding of criminal or civil contempt by this Court. Further, any lawyer who is aware of any violation of this suspension shall report the matter to the Office of Disciplinary Counsel. Rule 8.3, Rules of Professional Conduct for Lawyers, Rule 407, SCACR.

IT IS SO ORDERED.

/s/Jean H. Toal, C.J.

/s/Costa M. Pleicones, J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.

ATTACHMENT

## LAWYERS SUSPENDED FOR NON–COMPLIANCE WITH MCLE REGULATIONS FOR THE 2011–2012 REPORTING PERIOD AS OF JUNE 4, 2012

J. Reid Anderegg

PO Box 73129

North Charleston, SC 29415

James R. Berry

PO Box 186

Cottageville, SC 29435

William A. Boyd

302 Main Street

Andrews, SC 29510

INTERIM SUSPENSION (7/14/11)

James Michael Brown

102 Greenbow Court

Columbia, SC 29212

INTERIM SUSPENSION (4/13/11)

Mark F. Dahle

PO Box 6629

Lakeland, FL 33807

ONE YEAR SUSPENSION (7/25/11)

Margaret L. Drake

3722 Heyward Street

Columbia, SC 29205

Douglas F. Gay

PO Box 10506

Rock Hill, SC 29731

INTERIM SUSPENSION (1/13/12)

Donna S. Givens

125 Misty Oaks Place

Lexington, SC 29072

9–MONTH SUSPENSION (2/7/11)

Chad B. Hatley

PO Box 51

North Myrtle Beach, SC 29597

INTERIM SUSPENSION (9/28/11)

Christopher M. Hill

2672 Bayonne Avenue

Sullivan's Island, SC 29482

SUSPENDED BY SC BAR (2/1/12)

Christine A. Hofmann

210 Joey Drive

St. Augustine, FL 32080

Gary D. James, Sr.

PO Box 806

North Myrtle Beach, SC 29597

INTERIM SUSPENSION (11/15/11)

Kenneth C. Krawcheck

310 Broad Street, Apartment 14–S

Charleston, SC 29401

Wilton Darnell Newton

PO Box 887

Easley, SC 29641

INTERIM SUSPENSION (11/17/11)

Anthony C. Odom

262 Eastgate Drive, PMB 185

Aiken, SC 29803

INTERIM SUSPENSION (5/17/06)

Richard J. Raeon

253 de la Gaye Point

Beaufort, SC 29902

SUSPENDED BY SC BAR (2/1/12)

Sara Jayne Rogers

347 Southport Drive

Summerville, SC 29483

INTERIM SUSPENSION (12/9/11)

Chavvah P. Sanders

4500 Bowling Boulevard, Suite 200

Louisville, KY 40207

Michael D. Shavo

4017 Yale Avenue

Columbia, SC 29205

INTERIM SUSPENSION (9/22/09)

Jeffery Glenn Smith

171 Church Street, Suite 160

Charleston, SC 29401

INTERIM SUSPENSION (1/13/12)

James H. Swick

1421 Bull Street

Columbia, SC 29201

SUSPENDED BY SC BAR (2/1/12)

Andrea L. Taylor

2027 Country Manor Drive

Mt. Pleasant, SC 29466

SUSPENDED BY SC BAR (2/1/12)

John Michael Turner, Jr.

1085 Shop Road, Apartment 436

Columbia, SC 29201

Deborah W. Witt

14525 Cabarrus Station Road

Midland, NC 28107

SUSPENDED BY SC BAR (2/1/12)

Ted W. Wooten III

8205 Dunwoody Place, Building 19

Atlanta, GA 30350